

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Hassan Hill                                              COMPLAINT

(Enter above the full name of the plaintiff in this action)

V.                                              Civil Action No. _____

Department of Corrections                    (To be supplied by the Clerk of the Court)

Northern State Prison.

(Enter the full name of the defendant of defendants in this action)

---

## INSTRUCTIONS; READ CAREFULLY

1.      This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.      In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.      You must provide the full name of each defendant or defendants and where they can be found.

4.      You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.      Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.     If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

a.     Jurisdiction is asserted pursuant to (CHECK ONE)

   √ _  42 U.S.C. §1983 (applies to state prisoners)

   __ _  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

b     Indicate whether you are a prisoner or other confined person as follows:

   __ Pretrial detainee

   __ Civilly-committed detainee

   __ Immigration detainee

   √ Convicted and sentenced state prisoner

   __ Convicted and sentenced federal prisoner

   __ Other: (please explain)_____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): Hassan Hill

Defendant(s):

b. Court and docket number:

c. Grounds for dismissal: ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit:

e. Approximate date of disposition:

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? Northern State Prison

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: Hassan Hill

Address: 168 frontage road, Newark NJ 07104. N.S.P.

Inmate#: 1184281 / 372744 E

b.    First defendant:

Name: DEPARTMENT of CORRECTIONS.

Official position: Custody Staff / Administration.

Place of employment: Northern STATE Prison

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Condemed unsanitary Hardship of living conditions Safety
Protocals immune destress un-nutricious Meals violation of
Constitutional rights. racial Bias. discrimination
inhumane conditions.

c.    Second defendant:

Name: Northern State Prison

Official position: Custody staff / Administration

Place of employment: Department of corrections.

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Condemed unsanitary Hardship of living conditions Safety
Protocals immune destress un-nutricious Meals violation of
constitutional rights racial Bias discrimination
inhumane conditions

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes      _____ No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   I CONTACTED CENTRAL OFFICE, OMBUSOMAN I WROTE TO THE informal AND FORMAL PARTIES. ADMINISTRATION AREA SGT AND AREA LT.

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

   ALL ADMINISTRATIVE REMEDIES WERE EXHAUSTED AND MS. BONNIE KERNESS A.F.S.C WAS CONTACTED

6.  Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   My name Hassan Hill, I Am currently incarcerated at northern State Prison. I Am serving A 12 Year Term 85%. THE reason I Am writing THIS is BECAUSE THE living conditions and safety Protocols are not Proffessional I haven't changed Sheets And Blankets literaly in months I have written the administration Central office as well as informed the Area Sgt. (warren) and LT. Linardos. THis came after Several of inmates including myself we notified the

our regular unit officers and to no avail has this issue been rectified. Instead, we are ignored, lied to and told we are going to change our bedding on Tuesdays, To which we never do. this is unhealthy for anyone, which lead to our treatment being cruel and unsual Punishment. I still am writing this have the sheets on my bed from weeks ago. and this goes for my cellmate as well we follow the proper channels but still no resurts. we do not recieve cleaning supply during the Pandemio its Black mold on the walls this aiso cann cause Seviour health problems we don't en have frest air comuing out the vents. this issues are errious.

Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

To Serve Justice And Have the Inprisonment Brutility because this are making People have Serious mental health issues. and comitting Suicide.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____ , 20___ ___

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).